In the Matter of the Application of CHARLES JAMES PHALEN for the Revocation of the Probate of the Last Will and Testament of JAMES PHALEN, Deceased.

(Argued December 6, 1893; decided December 22, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 11, 1892, which affirmed a decree of the Surrogate's Court of the county of New York confirming the probate of the will of James Phalen, deceased,

and denying an application for a revocation of such probate: and dismissing the proceeding.

*Joseph H. Choate* for appellant.

*John J. Macklin* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.